VERA VENEROSO, Appellant, v. LUIGI GRECO, Respondent. VALENTINE VENEROSO, Appellant, v. LUIGI GRECO, Respondent. NANCY GRECO, Appellant, v. LUIGI GRECO, Respondent.—

All concur.